AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| TRENISS JEWEL EVANS III<br><br>*Plaintiff(s)*<br>v.<br>WILLIAM L. SHIPLEY<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-377 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William L. Shipley 500 Redwood Blvd., Kailua, HI 96734 or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Adam C. Cortez, 1202 South Alamo Street, San Antonio, Texas 78210; Telephone No.: (210) 273-2277; adam@cortezlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 2/14/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-377

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William L. Shipley
was received by me on *(date)* May 1, 2024 .

☒ I personally served the summons on the individual at *(place)* 1897 Talbot Pl, South Lake Tahoe, CA 96150 on *(date)* May 7, 2024, 12:55pm ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 286.20 for travel and $ 225.00 for services, for a total of $ 511.20 .

I declare under penalty of perjury that this information is true.

Date: May 8, 2024

*Donald G. Treco*
Server's signature

Donald G. Treco, Private Investigator, CA Lic. PI-22446
Printed name and title

Gumshoe Detective Agency, Inc.
1230 High Street, Ste 219, Auburn, CA 95603
Server's address

Additional information regarding attempted service, etc: