IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRENISS JEWELL EVANS III** | § § § |
| **v.** | § § § § CASE NO. 1:24-cv-00377-JEB § § § |
| **WILLIAM L. SHIPLEY** | § § § § |

### JOINT ADVISORY TO COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff TRENISS JEWELL EVANS III ("EVANS" or "Plaintiff") and Defendant WILLIAM L. SHIPLEY ("SHIPLEY" or "Defendant") (Collectively, "the Parties") file this Joint Advisory to the Court and in support the parties state as follows:

1. The Parties to this cause of action have reached a settlement of all the claims that have been or that could be asserted in this cause of action.

2. The Parties are finalizing a settlement agreement that will be signed by EVANS and SHIPLEY after the Labor Day Holiday. Immediately upon execution of the settlement agreement, the Parties will file a Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3. The Parties are confident that a Joint Stipulation of Dismissal with Prejudice will be filed prior to the Scheduling Conference that is currently set to be conducted via telephone on September 13, 2024, at 10:00 a.m.

Respectfully Submitted,

THE CORTEZ LAW FIRM
1202 South Alamo Street
San Antonio, Texas 78210
Telephone No.: (210) 273-2277
Facsimile No.: (210) 504-1523
adam@cortezlawfirm.com

By:     **/s/ Adam C. Cortez**
        ADAM C. CORTEZ
        D.C. Bar No.: TX0191

ATTORNEYS FOR PLAINTIFF

Also, Respectfully Submitted by,

**/s/ William L. Shipley**
WILLIAM L. SHIPLEY, ESQ.

PRO SE DEFENDANT

## CERTIFICATE OF SERVICE

I certify that I have on this 30th day of August 2024, delivered a true and correct copy of the foregoing document to all Parties via the ECF system and/or electronic mail.

**/s/ Adam C. Cortez**
ADAM C. CORTEZ