## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRENISS JEWELL EVANS III** | § |
| | § |
| **v.** | § |
| | § |
| | §  CASE NO. 1:24-cv-00377-JEB |
| | § |
| | § |
| **WILLIAM L. SHIPLEY** | § |
| | § |
| | § |
| | § |

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff TRENISS JEWELL EVANS III ("EVANS" or "Plaintiff") and Defendant WILLIAM L. SHIPLEY ("SHIPLEY" or "Defendant") (Collectively, "the Parties") file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. On February 8, 2024, EVANS filed suit against SHIPLEY alleging various causes of action relating to an attorney-client relationship.

2. Plaintiff EVANS moves to dismiss the suit.

3. Defendant SHIPLEY, who has served an answer, agrees to the dismissal.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. A receiver has not been appointed in this case.

7. Plaintiff has not previously dismissed any federal or state-court suit based on or including

the same claims as those presented in this case.

8. This dismissal is <u>with</u> prejudice.

    Respectfully Submitted,

    THE CORTEZ LAW FIRM
    1202 South Alamo Street
    San Antonio, Texas 78210
    Telephone No.: (210) 273-2277
    Facsimile No.: (210) 504-1523
    adam@cortezlawfirm.com

    By: **/s/ Adam C. Cortez**
        ADAM C. CORTEZ
        D.C. Bar No.: TX0191

    ATTORNEYS FOR PLAINTIFF

    Also, Respectfully Submitted by,

    **/s/ William L. Shipley**
    WILLIAM L. SHIPLEY, ESQ.

    PRO SE DEFENDANT


## CERTIFICATE OF SERVICE

I certify that I have on this 16th day of September 2024, delivered a true and correct copy of the foregoing document to all Parties via the ECF system and/or electronic mail.

    **/s/ Adam C. Cortez**
    ADAM C. CORTEZ